THE NATIONAL CITY BANK OF NEW YORK, demandante y apelante, *v.* FRANCISCO DE LA TORRE, MERCEDES DE LA TORRE y su esposo A. O'NEILL, demandados y apelados.

No. 5884.—*Resuelto:* Febrero 16, 1933.

*Fidler & Newsom, Jr.*, abogados del apelante; *J. Ramírez Santibáñez*,

548

*R. Martínez Nadal* y *Luis Muñoz Morales,* abogados de Francisco de la Torre; *Luis Llorens Torres* y *O'Neill & O'Neill,* abogados de los esposos O'Neill de la Torre.

EN MOCIÓN DE RECONSIDERACIÓN

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.

Después de considerar nuevamente las cuestiones discutidas en el alegato de los apelados nos adherimos a la conclusión a que ya hemos llegado, o sea, que una providencia anulando o negándose a anular un embargo, es apelable. Una contestación en detalle a la argumentación de los apelados contenida en un alegato de cincuenta y cuatro páginas exigiría más tiempo del que puede prestársele a este aspecto del caso. Nada que no fuera un análisis minucioso de los numerosos casos citados por los letrados, a fin de distinguirlos y de contrarrestar la argumentación contenida en el alegato de los apelados, tendría finalidad práctica.

*Debe declararse sin lugar la moción de reconsideración.*